| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 2:11-cr-0003 |
| v. ) | Judge Sharp |
| ) | |
| JOSHUA EDWARD CALDWELL ) | |

## MOTION TO CONTINUE SENTENCING HEARING

Comes now the defendant, Joshua Edward Caldwell, by and through his counsel of record, David R. Heroux, and herein moves this Honorable Court to continue the defendant's Sentencing Hearing currently set for May 19, 2014. The defendant would request a Sentencing Hearing be set for 9:00 a.m. on May 22, 2014. The defendant has been authorized to advise the Court that the United States agrees to this continuance. As grounds for this motion, the defendant has filed an Affidavit of Counsel filed under seal.

Respectfully submitted,

**Haymaker & Heroux, P.C.**

S:/ David R. Heroux
David R. Heroux
943 Main Street
Nashville, TN 37206
(615) 250-0050